```
                   UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

MARK ANTHONY BURGESS,                                        PLAINTIFF
MDOC # 77647

VS.                                  CIVIL ACTION NO. 3:17CV63TSL-JCG

MR. O LITTLE, ET AL.                                        DEFENDANTS

                               ORDER

This cause is before the court on the report and recommendation of Magistrate Judge John C. Gargiulo entered on January 30, 2019, recommending that defendants' motion for summary judgment be granted and plaintiff's complaint be dismissed. Plaintiff has filed an objection. Having reviewed the report and recommendation and plaintiff's objection, the court concludes that the objection is overruled and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge John C. Gargiulo entered on January 30, 2019, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is further ordered that defendants' motion for summary judgment is granted and plaintiff's complaint is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

              SO ORDERED this 25th day of February, 2019.

                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE